**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

BRAD HUNTER SMITH                                                                     PETITIONER

v.                                                   4:22-cv-00584-JTK

DEXTER PAYNE, Director,                                                         RESPONDENT
Arkansas Division of Correction

<u>**JUDGMENT**</u>

Smith's petition for a writ of *habeas corpus* is dismissed with prejudice.

Dated this 9th day of December, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE